UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY McCROW, also known as MARY DUNCAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUPERCUTS, also known as SUPERCUTS CORPORATE SHOPS, INC., and also known as REGIS CORPORATION, and Does 1-100,<br><br>Defendants. | No. 1:17-CV-00770-SKO<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(Doc. 34) |

On March 5, 2018, the parties filed a Joint Stipulation to dismiss the matter with prejudice, with each party bearing its own costs and attorney's fees. (Doc. 34.) Accordingly, based on the parties' Stipulation, this action has been dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and each party shall bear its own costs and attorney's fees. The Court DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: __**March 6, 2018**__          /s/ *Sheila K. Oberto*
                                                                                        UNITED STATES MAGISTRATE JUDGE